UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Jane Turner,

        Plaintiff,

   v.

Drenda Glanz,

        Defendant.

Case No. C06-894RSL

ORDER OF DISMISSAL

    This matter comes before the Court *sua sponte*. On July 17, 2006, this Court issued an "Order to Show Cause" requiring that plaintiff file an amended complaint within thirty days which establishes this Court's jurisdiction or else the complaint would be dismissed without prejudice. Plaintiff failed to do so. For this reason, IT IS HEREBY ORDERED that plaintiff's complaint against Drenda Glanz is DISMISSED WITHOUT PREJUDICE.

    DATED this 29th day of August, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL